HENRY MAY, d. b. plff. in error, *vs.* CURRY & DAVIS, plffs. b. defts. in error.

A writ of error will not lie to the decision of a court granting or refusing a nonsuit.

WRIT of error to the Superior Court. Heard before the Chancellor, and Judges Booth and Hazzard.

The case is fully set out ante p. 173, &c., and was argued in error on the same points by *Layton* and *Clayton*, for the defendant below, and by *Houston*, for the plaintiffs; but the court affirmed the judgment on another ground, to wit: that a writ of error will not lie to the judgment of a court granting or refusing a nonsuit.